Kumar Maheshwari CASB # 245,010
Mahesh Law Group, PC
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Phone: (530) 400-9246
Fax: (949) 377-3836
Email: kumar@maheshlaw.com

J. Curtis Edmondson, CASB # 236,105
Law Offices of J. Curtis Edmondson
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
Phone: (503) 336-3749
Email: jcedmondson@edmolaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong,**<br><br>       Plaintiff,<br>**V.**<br><br>**FPL, LLC,** a California limited Liability Company; and Does 1-10;<br><br>       Defendant | Case No.: 56-2021-00550853-CU-CR-VTA<br><br>Defendant's Notice Of Removal Pursuant to 28 U.S.C. §1441(A)<br><br>Federal Question Under The ADA 42 U.S.C. §12182(B)(2)(A)(II)<br><br>Ventura County Superior Court Case No.: 56-2021-00550853-CU-CR-VTA |

NOTICE OF REMOVAL - 1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF ORLANDO GARCIA AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant FPL, LLC ("DEFENDANT") has been named and served as Defendant in the above captioned matter. DEFENDANT consents to the removal of this action from the Superior Court of the State of California, County of Ventura, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§1331, 1441, and 1446. In support of this Notice of Removal, DEFENDANT states as follows:

## PROCEDURAL HISTORY

1. Plaintiff Nehemiah Kong ("Kong" or "Plaintiff") commenced this action by filing a Complaint captioned *Nehemiah Kong v. FPL, LLC, Case No.* 56-2021-00550853-CU-CR-VTA in the Superior Court of the State of California, County of Ventura (the "State Court Action") on February 183, 2021.

2. Pursuant to 28 U.S.C. §1446(a), true and correct copies of the "process, pleadings, and orders" served upon Defendant, including the Summons and Complaint are attached to this Notice as <u>Exhibit 1</u>.

3. The Superior Court of the State of California, County of Ventura is located within the Central District of California. (28 U.S.C. § 84(c).) This Notice of Removal is therefore properly filed in this court pursuant to 28 U.S.C. §1441(a).

NOTICE OF REMOVAL - 2

## ALLEGATION IN THE COMPLAINT

4. In the Complaint filed in the State Action, Plaintiff claims that Defendant has insufficient information about the accessible features in the "accessible rooms" at the hotel to permit him to assess independently whether a given hotel room would work for him in violation of the Americans with Disabilities Act of 1990, 42, U.S.C. §12182(B)(2)(A)(ii) and the Unruh Civil Rights Act, Cal. Civ. Code §§51-53 ("Unruh") in the Second Cause of Action.

5. Defendant disputes Plaintiff's allegations, believes the Complaint lacks merit, and denies that Plaintiff has been harmed in any way by any act or omission of Defendant.

## GROUNDS FOR REMOVAL

6. Plaintiff's claims are based, in part, on alleged violations of federal law as Count I of the Complaint alleges violations of the ADA.

7. Because this action involves claims under the ADA, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. §1331 based upon the existence of a federal Question and this action is subject to removal under 28 U.S.C. §1441.

8. Pursuant to 29 U.S.C. §1446(a), this Notice of Removal is filed in the United States District Court of the Central District of California, which is the District in which the State Action was filed and is presently pending.

NOTICE OF REMOVAL - 3

9.     This Notice of Removal is timely Pursuant to 28 U.S.C. §1446(b) as it was filed within thirty (30) days after Plaintiff served Defendant with the Complaint.

10.    After filing this notice of Removal, Defendant will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the Superior Court of the State of California, County of Ventura in accordance with 28 U.S.C. §1446(d). Defendant removes this case.

11.    Other than Does 1-10, Defendant is unaware of any other parties who have been named or who have appeared in the underlying State Court Action.

**NON-WAIVER OF DEFENSE**

12.    By removing this action from the Superior Court of the State of California, County of Ventura, Defendant does not waive any defenses available to it.

13.    By removing this action from the Superior Court of the State of California, County of Ventura, Defendant does not admit any of the allegations in Plaintiff's Complaint.

**CONCLUSION**

14.    For all of the reasons stated above, this action is within the original jurisdiction of this Court pursuant to 28 U.S.C. §1331. Accordingly, this action is removeable pursuant to 28 U.S.C. §1441.

NOTICE OF REMOVAL - 4

WHERFORE, Defendant requests the Court accept this Notice of Removal of this matter to the United States District Court for the Central District of California.

                Respectfully Submitted,

Dated: March 26, 2021        By: /s/ Kumar Maheshwari

                                       Kumar Maheshwari, Esq.
                                       Attorneys for defendant FPL, LLC

Dated: March 26, 2021        By:   /s/ J. Curtis Edmondson

                                         J. Curtis Edmondson
                                       Attorneys for defendant FPL, LLC