1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong,** | Case No. 2:21-cv-02713-JAK-JEM |
| Plaintiff, | **JUDGMENT** |
| v. | JS-6 |
| **FPL, LLC**, a California Limited Liability Company; and Does 1-10, | |
| Defendants | |

Pursuant to Fed. R. Civ. P. 68, judgment is entered in the amount of $ 6,000.00, in favor of Plaintiff, which includes all damages (statutory and/or actual), costs, and attorney fees for the claim of all ADA violations, if any, as alleged in the complaint; including all state law claims that depend on the ADA claims, including, but not limited to Unruh Act claims.

The website at www.thepierpontinn.com as depicted on the date of alleged injury on January 23, 2021 is fully compliant with ADA informational standards of accessibility.

**IT IS SO ORDERED.**

Dated: August 6, 2021

John A. Kronstadt
United States District Judge